**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VALERY BARYKIN,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-11729<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Jeannice W. Appenteng |

**ORDER SEVERING CLAIMS PURSUANT TO FED. R. CIV. P. 21**

On October 23, 2026, the Court concluded that the fifty-one Defendants identified on Schedule A to the Complaint [2] may not proceed together in a single action, but Defendants within each of Groups 1, 2, 3, and 4, as identified in Plaintiff's Memorandum [16] at 5–6, may be joined in one suit per group because the products in each group display the same phrase added to the same copyrighted artwork in the same way. [17] at 2–3. Plaintiff has dismissed the eight Defendants in Groups 5 and 6, *see* [18], and submitted a proposed severance order to the Court's proposed order email inbox. Consistent with the Court's Order [17] and Plaintiff's proposed order, and pursuant to Federal Rule of Civil Procedure 21, IT IS HEREBY ORDERED:

1. Group 1 remains in this action. Plaintiff's claims against the seventeen Defendants in Group 1, each of which sells products reproducing Plaintiff's "Chem. Laboratory" illustration (U.S. Copyright Registration No. VA 2-476-707) under the caption "Never Underestimate an Old Women *[sic]* Who Loves Science," shall proceed in this action, No. 1:26-cv-11729. Those Defendants are:

| Def. No. | Defendant Name |
|---|---|
| 1 | jiangxishengwuyuenongzhuang |

| Def. No. | Defendant Name |
|---|---|
| 2 | 湖户权家电 |
| 3 | ZhengDuoJiChuGongCheng |
| 4 | xiaoweiss |
| 5 | yuyuuu |
| 6 | lixinxianyuanshengzhongzhijiating |
| 7 | dingyuanxianshunyongzhongyangzhijiatingnongchang |
| 8 | Jebiion |
| 9 | caiyangyang44 |
| 10 | Guelineok |
| 11 | guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi |
| 12 | Toeiyuen |
| 13 | 珲帆户外 |
| 14 | taihexianbaochuanmingnongyejiating |
| 15 | guangxiyaotiannongyetouziyouxiangongsi |
| 37 | TXMAK |
| 38 | Ornaments d |

2. Group 2 is severed. Plaintiff's claims against the eighteen Defendants in Group 2, each of which sells products reproducing Plaintiff's "Hairdresser" illustration (U.S. Copyright Registration No. VA 2-476-703) under the caption "Just a Girl Who Loves Making Others Feel Awesome," are SEVERED from this action and shall proceed as a separate action. Those Defendants are:

| Def. No. | Defendant Name |
|---|---|
| 18 | yichengmingliangjianzhugongchengyouxiangongsi |
| 19 | TaoJiLai-SHOP |
| 20 | The MILL Market |
| 21 | WangKangJun-SHOP |
| 22 | Turbo Steel Structure |
| 23 | HuangQiYuanFuZhuangJiaGongChang |
| 26 | neimengguhengjiangshangmaoyouxiangongsi |
| 27 | tianzhenxianruiminliangyoujiagongyouxiangongsi |

| Def. No. | Defendant Name |
|---|---|
| 28 | shanxichenyuanmaoyiyouxiangongsi12 |
| 29 | SummitMist |
| 40 | UYHRI |
| 41 | Journey S |
| 42 | YURYURXIAOJIE |
| 43 | UnlimitedBWC |
| 44 | LONG YE SHOP |
| 47 | Hiphop Shopping |
| 50 | hgxhfhg |
| 51 | TODRCraft |

3. Group 3 is severed. Plaintiff's claims against the five Defendants in Group 3, each of which sells products reproducing Plaintiff's "Hairdresser" illustration (U.S. Copyright Registration No. VA 2-476-703) under the caption "She Works Willingly With Her Hands, Proverbs 31:13," are SEVERED from this action and shall proceed as a separate action. Those Defendants are:

| Def. No. | Defendant Name |
|---|---|
| 24 | xiangfangfang23 |
| 25 | JunTaLvYouDian |
| 45 | Colorful Art Canvas Poster |
| 46 | yiwanlin |
| 49 | funny tin sign |

4. Group 4 is severed. Plaintiff's claims against the three Defendants in Group 4, each of which sells products reproducing Plaintiff's "Chem. laboratory" illustration (U.S. Copyright Registration No. VA 2-476-707) under the caption "In a World Full of Princesses Be a Scientist," are SEVERED from this action and shall proceed as a separate action. Those Defendants are:

| Def. No. | Defendant Name |
|---|---|
| 16 | guoruikai33 |

| Def. No. | Defendant Name |
|---|---|
| 17 | 杨睢障电子商务 |
| 39 | Aishang Talent Studio |

5. The Clerk of Court is directed to open three new civil actions, one for each of Group 2, Group 3, and Group 4, and to docket in each new action copies of the following filings from this action: the Complaint and its exhibits [1], Schedule A [2], the Civil Cover Sheet [3], the Report on the Filing or Determination of an Action Regarding a Copyright [11], Plaintiff's memorandum and supporting exhibit [13], Plaintiff's Memorandum Establishing Joinder and its exhibits [16], the Court's Order [17], and this Order. The Defendants in Groups 2, 3, and 4 shall be terminated as parties to this action once the corresponding new action has been opened and those filings have been docketed in it. The Clerk shall also transfer the attorney appearance of Plaintiff's counsel to each new action.

6. Because each new action consists of claims severed from this case, the Clerk is directed to assign each new action to the calendar of the Honorable Jorge L. Alonso as a related case. The Clerk shall designate the magistrate judge for each new action in the ordinary course.

7. Each severed action is a continuation of this action as to the Defendants severed into it and shall be deemed commenced on September 24, 2026, the date on which this action was filed.

8. Plaintiff shall pay the filing fee required by 28 U.S.C. § 1914(a) in each new action within fourteen (14) days after the Clerk assigns that action a case number.

9. Within twenty-one (21) days after the Clerk assigns the new case numbers, Plaintiff shall file in this action and in each new action an amended complaint, with a Schedule A limited to the Defendants in that action. Each amended complaint shall relate back to the Complaint filed on September 24, 2026, and its filing shall not affect any right, claim, or relief arising from the

original Complaint. The Schedule A numbers used in this Order identify Defendants by reference to Schedule A [2] only.

10. Plaintiff is granted leave to renew his motion for expedited discovery [12], which the Court denied without prejudice, *see* [15], in this action and in each new action, and Plaintiff may rely on the existing record in doing so.

**SO ORDERED.**

**ENTERED: November 24, 2026**

**HON. JORGE L. ALONSO**
**United States District Judge**