Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-707**
**Effective Date of Registration:**
November 11, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Chem. laboratory

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 09, 2015
**Nation of 1st Publication:** Russia

## Author

- **Author:** Valery Barykin
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Valery Barykin
Generala Ivliyeva Street, 36K2, Nizhny Novgorod, 603105, Russia

## Rights and Permissions

**Name:** Valery Barykin
**Address:** Generala Ivliyeva Street, 36K2
Nizhny Novgorod 603105 Russia

## Certification

**Name:** David Denholm
**Date:** November 11, 2025
**Applicant's Tracking Number:** VB2025111101



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE · 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-703**
**Effective Date of Registration:**
November 11, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Hairdresser

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 10, 2014
**Nation of 1st Publication:** Russia

## Author

- **Author:** Valery Barykin
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Valery Barykin
Generala Ivliyeva Street, 36K2, Nizhny Novgorod, 603105, Russia

## Rights and Permissions

**Name:** Valery Barykin
**Address:** Generala Ivliyeva Street, 36K2
Nizhny Novgorod 603105 Russia

## Certification

**Name:** David Denholm
**Date:** November 11, 2025
**Applicant's Tracking Number:** VB2025111103



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-708**
**Effective Date of Registration:**
November 11, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Two and Montmorency in a boat

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 26, 2018
**Nation of 1st Publication:** Russia

## Author

- **Author:** Valery Barykin
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Valery Barykin
Generala Ivliyeva Street, 36K2, Nizhny Novgorod, 603105, Russia

## Rights and Permissions

**Name:** Valery Barykin
**Address:** Generala Ivliyeva Street, 36K2
Nizhny Novgorod 603105 Russia

## Certification

**Name:** David Denholm
**Date:** November 11, 2025
**Applicant's Tracking Number:** VB2025111105



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-710**
**Effective Date of Registration:**
November 11, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Glory to labor!

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 01, 2015
**Nation of 1st Publication:** Russia

## Author

- **Author:** Valery Barykin
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Valery Barykin
Generala Ivliyeva Street, 36K2, Nizhny Novgorod, 603105, Russia

## Rights and Permissions

**Name:** Valery Barykin
**Address:** Generala Ivliyeva Street, 36K2
Nizhny Novgorod 603105 Russia

## Certification

**Name:** David Denholm
**Date:** November 11, 2025
**Applicant's Tracking Number:** VB2025111102


СЛАВА ТРУДУ!
СССР

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-709**
**Effective Date of Registration:**
November 11, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Hop in, I'll give you a ride!

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** April 11, 2014
**Nation of 1st Publication:** Russia

## Author

- **Author:** Valery Barykin
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Valery Barykin
Generala Ivliyeva Street, 36K2, Nizhny Novgorod, 603105, Russia

## Rights and Permissions

**Name:** Valery Barykin
**Address:** Generala Ivliyeva Street, 36K2
Nizhny Novgorod 603105 Russia

## Certification

**Name:** David Denholm
**Date:** November 11, 2025
**Applicant's Tracking Number:** VB2025111104


A3C